THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

7 World Trade Center
New York, New York 10007

646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Facsimile
cdecastrolaw.com

**MEMO ENDORSED**

February 3, 2020

*Via* **ECF**

The Honorable Ronnie Abrams
United States District Court Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Andre Williams,* 19 Cr.782 (RA)

Dear Judge Abrams:

Application granted. The Court adopts the proposed modification of the PSR disclosure schedule.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 3, 2020

As you know, I represent Andre Williams in the above-referenced matter. I write to request a modification of the Presentence Investigation Report ("PSR") disclosure schedule. Due to unexpected delays at the Metropolitan Correctional Center, the Probation Office has been delayed in interviewing Mr. Williams in connection with the PSR. We have had to reschedule Mr. Williams' interview for February 10, 2020.

Accordingly, I respectfully request the following modification of the PSR disclosure schedule (no change in the April 7, 2020 sentencing date): (1) first disclosure March 2, 2020; and (2) final disclosure March 23, 2020.

Respectfully submitted,

/s/

César de Castro

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/20