**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/1/20**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ANDRE WILLIAMS,

                  Defendant.

No. 19-CR-782 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The sentencing currently scheduled for April 7, 2020, is adjourned to May 27, 2020 at 3:00 p.m.

SO ORDERED.

Dated:    April 1, 2020
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge